UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY COLLINS, *on behalf of himself and all others similarly situated*,

          Plaintiff,

-against-

ANTHEM PRODUCTIONS, LLC, *et ano.*,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

17cv1567

ORDER

WILLIAM H. PAULEY III, District Judge:

        This Court has reviewed the parties' Settlement Agreement and finds it to be fair and reasonable under <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: February 27, 2018
      New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                              U.S.D.J.